1

2

3

4

5                                UNITED STATES DISTRICT COURT

6                              NORTHERN DISTRICT OF CALIFORNIA

7

8    JAMES LEROYE JEFFERSON,                    No. C 09-5310 MHP (pr)

9            Plaintiff,                         **ORDER OF TRANSFER**

10           v.

11   C/O AUDREA PEREZ; et al.,

12           Defendants.
                                            /
13

14          James Leroye Jefferson, filed this pro se civil rights action under 42 U.S.C. § 1983,

15   complaining of acts and omissions at the California Medical Facility in Vacaville, California.

16   The facility is in Solano County, within the venue of the Eastern District of California.

17   Defendants apparently reside in the Eastern District of California.  Venue therefore properly

18   lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, in the interest

19   of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United

20   States District Court for the Eastern District of California.  The clerk shall transfer this

21   matter.

22          IT IS SO ORDERED.

23   DATED: November 17, 2009

24                                          _____
                                            Marilyn Hall Patel
                                            United States District Judge
25

26

27

28

United States District Court
For the Northern District of California